**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Kevin Wayne Clark | § | CASE NO. 20-60225 |
| SSN: xxx-xx-2168 | § | |
| 550 VZCR 4707 | § | |
| Ben Wheeler, Texas 75754 | § | CHAPTER 13 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

**NOTICE OF DEATH OF THE DEBTOR**

TO THE HONORABLE BANKRUPTCY JUDGE:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Gordon Mosley, Attorney of record for Kevin Wayne Clark ("Debtor" in the above referenced case), notifies the court the Debtor's death during the pendency of the this action. Mr. Clark passed away on November 24, 2020. Attached is the death certificate for Mr. Clark.

/s/ GORDON MOSLEY
GORDON MOSLEY
Attorney for Debtors
4411 Old Bullard Rd. Ste. 700
Tyler, Texas 75703
Phone: (903) 534-5396
Fax: (903) 581-4038
State Bar No. 00791311