# STATE OF TEXAS
## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS**
Dec 07 2020

**STATE OF TEXAS — CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 142-20-221010

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED | KEVIN WAYNE CLARK |
| 2. DATE OF DEATH - ACTUAL OR PRESUMED | FOUND NOVEMBER 24, 2020 |
| 3. SEX | MALE |
| 4. DATE OF BIRTH | SEPTEMBER 27, 1954 |
| 5. AGE-Last Birthday (Years) | 66 |
| 6. BIRTHPLACE | BENSON, MN |
| 7. SOCIAL SECURITY NUMBER | 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 |
| 8. MARITAL STATUS AT TIME OF DEATH | ☒ Never Married |
| 9. SURVIVING SPOUSE'S NAME | |
| 10a. RESIDENCE STREET ADDRESS | 550 VZCR 4707 |
| 10c. CITY OR TOWN | BEN WHEELER |
| 10d. COUNTY | VAN ZANDT |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 75754 |
| 10g. INSIDE CITY LIMITS? | ☒ No |
| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | DONALD WESLEY CLARK |
| 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE | HAZEL LOUISE ROONEY |
| 13. PLACE OF DEATH | ☒ Decedent's Home |
| 14. COUNTY OF DEATH | VAN ZANDT |
| 15. CITY/TOWN, ZIP | BEN WHEELER, 75754 |
| 16. FACILITY NAME | 550 VZCR 4707 |
| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | KAYE DOOLEY - SISTER |
| 18. MAILING ADDRESS OF INFORMANT | 357 LAKE AVENUE SOUTH, SPICER, MN 56288 |
| 19. METHOD OF DISPOSITION | ☒ Cremation |
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR | BRIAN A. BASS, BY ELECTRONIC SIGNATURE - 10921 |
| 21. | ☒ Unknown |
| 22. PLACE OF DISPOSITION | EUBANK CEDAR CREEK CREMATION |
| 23. LOCATION | MABANK, TX |
| 24. NAME OF FUNERAL FACILITY | EUBANK FUNERAL HOME, INC. |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY | 27532 STATE HWY. 64, CANTON, TX 75103 |
| 26. CERTIFIER | ☒ Medical Examiner/Justice of the Peace |
| 27. SIGNATURE OF CERTIFIER | SCOTT SHINN, BY ELECTRONIC SIGNATURE |
| 28. DATE CERTIFIED | DECEMBER 4, 2020 |
| 30. TIME OF DEATH | 02:15 PM |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | SCOTT SHINN 1540 FM 279, BEN WHEELER, TX 75754 |
| 32. TITLE OF CERTIFIER | JP |

**33. PART 1. CHAIN OF EVENTS**

| Line | Cause | Approximate interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | COVID-19 | WEEKS |
| b. | | |
| c. | | |
| d. | | |

**PART 2. SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:** HYPERTENSIVE CARDIOVASCULAR DISEASE

| Field | Value |
|---|---|
| 34. WAS AN AUTOPSY PERFORMED? | ☒ No |
| 35. WERE AUTOPSY FINDINGS AVAILABLE | |
| 36. MANNER OF DEATH | ☒ Natural |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | ☒ Unknown |
| 40c. INJURY AT WORK? | |

EDR NUMBER 000044444884647

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED** Dec 11 2020

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE