# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

**IN RE:**

| | |
|---|---|
| KEVIN WAYNE CLARK | 20-60225 |
| Debtor | Bankruptcy Case Number |

## ORDER GRANTING APPLICATION FOR PAYMENT
## OF UNCLAIMED FUNDS

The Court having considered the Application for Payment of Unclaimed Funds filed by:
NAME OF CLAIMANT: ESTATE OF KEVIN WAYNE CLARK
MAILING ADDRESS: 9322 W. 155TH TERRACE

CITY: OVERLAND PARK    STATE: KS    ZIP: 66221-9711

("Claimant") for payment of a dividend from unclaimed funds in the amount of $ 150,483.29 ,

and, it appearing to the Court that the Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Texas pursuant to Title 28 U.S.C. Section 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.